**Electronically Filed
Supreme Court
SCWC-17-0000746
09-JUL-2021
01:16 PM
Dkt. 31 ODMR**

SCWC-17-0000746

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK TRUST, N.A.,
AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,
Petitioner/Plaintiff-Appellee,

vs.

PATRICK LOWELL VERHAGEN; PATRICK LOWELL VERHAGEN, TRUSTEE OF THE
PATRICK LOWELL VERHAGEN REVOCABLE TRUST DATED OCTOBER 29, 1999
Respondent/Defendant-Appellant,

and

WELLS FARGO BANK, N.A.,
Respondent/Defendant-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000746; CIVIL NO. 16-1-0147(1))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Respondent/Defendant-Appellant's

Motion for Reconsideration of Hawaiʻi Supreme Court's Published

Opinion Filed on June 21, 2021, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 9, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

